# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2146
_____

JAMES ROGERS,

Appellant,

v.

ROZANNE ROGERS,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Lacey Powell Clark, Judge.

March 11, 2024

PER CURIAM.

DISMISSED.

LEWIS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

A. Richard Troell and Tara A. Hagan of Chesser & Barr, P.A., Shalimar, for Appellant.

Ross A. Keene of Ross Keene Law, P.A., Pensacola, for Appellee.